Commonwealth *v.* Ford, Appellant.

Submitted March 19, 1973.  *Simon Musto-
koff,* for appellant; *Albert L. Becker, James T. Ranney*
and *Milton M. Stein,* Assistant District Attorneys,
*Richard A. Sprague,* First Assistant District Attorney,

and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.